UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC P. STANLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHIFFER, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-04282-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. Nos. 8, 12 |

The parties reached a global settlement that includes this case and request that this case be dismissed. Dkt. Nos. 8, 12. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. The Clerk is requested to close the case and terminate Dkt. Nos. 8, 12.

**IT IS SO ORDERED.**

Dated: January 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge